# EXHIBIT A

**Defendant:** American Freight, LLC
**Creditor ID:** AF158
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| American Freight, LLC | 303617 | $369,245.00 | 9/20/2024 | 64943 | 7/26/2024 | $369,245.00 |
| | 303400 | $295,396.00 | 8/31/2024 | 64944 | 8/6/2024 | $295,396.00 |
| | 303400 | $8,192.80 | 8/29/2024 | 64950 | 8/20/2024 | $8,192.80 |
| | 303739 | $7,527.00 | 9/25/2024 | 64964 | 9/13/2024 | $7,527.00 |
| | 303830 | $600.00 | 9/28/2024 | 64968 | 9/19/2024 | $600.00 |
| | | $0.00 | 10/30/2024 | 64982 | 10/3/2024 | $1,100.00 |
| **Total Transfers** | **6** | **$680,960.80** | | | | **$682,060.80** |